IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   Cr. No.  03-10078-02-T |
| v. | ) |
| | ) |
| TERI UHAN, | ) |
| a/k/a Teri Drouillard, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING

COMES NOW, the United States of America, by and through Terrell L. Harris, United States Attorney, and R. Leigh Grinalds, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, and would request the sentencing hearing for defendant Teri Uhan set for August 2, 2005, be continued until after the sentencing of the co-defendants in this case currently set for October 24, 2005.

The Government has conferred with William D. Massey, counsel for the defendant, and Mr. Massey has no objection to this request.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

R. LEIGH GRINALDS
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
(TN Bar # 9178)

**MOTION GRANTED**
DATE: 8 July 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  07-11-05

## CERTIFICATE OF SERVICE

I, R. Leigh Grinalds, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing has been mailed, first class postage prepaid to:

William D. Massey, Esquire
3074 East Street
Memphis TN 38128

This 7th day of July 2005.

R. LEIGH GRINALDS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 1:03-CR-10078 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT